1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Tax Division
3  THOMAS MOORE (ALBN 4305-O78T)
   Assistant United States Attorney
4  Chief, Tax Division
           450 Golden Gate Avenue, Box 36055
5          San Francisco, California 94102-3495
           Telephone: (415) 436-7017
6          FAX: (415) 436-7009

7
   Attorneys for United States of America
8

9                        UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                              OAKLAND DIVISION

12
   UNITED STATES OF AMERICA,              )  Case No. CR-14-00138 YRG
13                                        )
         Plaintiff,                       )  STIPULATION TO RESCHEDULE STATUS
14                                        )  CONFERENCE AND TO EXCLUDE TIME
      v.                                  )  UNDER SPEEDY TRIAL ACT AND
15                                        )   ORDER THEREON
   CONSUELO PUENTE,                       )
16                                        )
         Defendant.                       )
17                                        )

18       For the reason that the defendant's counsel requires reasonable time allowing for continuity of

19  counsel and for effective preparation, taking into account the exercise of due diligence, it is hereby

20  stipulated by and between Plaintiff, the United States of America, and Defendant Consuelo Puente

21  through their respective counsel, as follows:

22       1.    That the status conference in this matter be rescheduled from September 11, 2014, to

23  **October 30, 2014**, at 2:00 pm.

24       2.  That the period of delay from September 11, 2014, **to October 30, 2014**, shall be excluded in

25  accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv),

26  as the ends of justice served by this exclusion allowing for continuity of counsel and for adequate trial

27  preparation outweigh the best interest of the public and the Defendant in a speedy trial.

28  //

|   |   |
|---|---|
|   | Respectfully Submitted, |
|   | MELINDA HAAG<br>United States Attorney |

/s/  
ELLEN V. LEONIDA  
Federal Public Defender  
Attorney for Defendant  
Consuelo Puente

/s/  
THOMAS MOORE  
Assistant United States Attorney  
Chief, Tax Division

For the reasons stated by the parties in their stipulation, Court finds that the ends of justice served by continuing the status conference to allow for effective preparation of counsel, taking into account the exercise of due diligence, outweigh the best interest of the public and Defendant in a speedy trial because additional time is required to allow for continuity of counsel and to allow Defendant Consuelo Puente and her counsel adequate time for effective preparation.

IT IS ORDERED that the status conference scheduled for September 11, 2014, be rescheduled to **October 30, 2014**, and that the period of delay from September 11, 2014, through **October 30, 2014**, shall be excluded in accordance with the provisions for the Speedy Trial Act, 18 U.S.C. § § 3161(h)(7)(A) and (h)(7)(B)(iv), as the ends of justice served by this continuance allowing for continuity of counsel and for adequate preparation outweigh the best interest of the public and Defendant in a speedy trial.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 10, 2014

_____  
YVONNE GONZALEZ ROGERS  
UNITED STATES DISTRICT JUDGE